IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANE SIMPSON on behalf of
JUSTIN SIMPSON                                                                                  PLAINTIFF

v.                                                          3:04CV00368 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 2nd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE